IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY DEBARBIERIS<br>*Individually and on behalf of all other similarly situated current and former employees,* | * * * * | CA. NO. 2018-07079 |
| PLAINTIFF | * * | SECTION: A |
| v. | * * | MAGISTRATE: 3 |
| THE DUNNING MANAGEMENT GROUP – NOLA LLC, *and* ROBERT DUNNING, YOSHIE DUNNING, *Individually,*<br>DEFENDANT | * * * * * | |

**JOINT MOTION TO DISMISS**

Now into Court, through undersigned counsel, come Defendants, The Dunning Management Group – Nola, LLC, Robert Dunning, and Yoshie Dunning, and Plaintiff Joy DeBarbieris, who submit that they have reached a settlement of the above matter, and request that the Court dismiss Plaintiff's suit in its entirety with prejudice. In support of this motion, the parties represent that all conditions to the settlement have been satisfied.

Respectfully Submitted,

The Law Office of Alan Kansas, LLC

   /s/ Alan Kansas
ALAN F. KANSAS, BAR #27725
1801 Carol Sue Ave.
Terrytown, LA 70056
(504) 210-1150
FAX (504) 617-6525

1

/s/ Bryce Murray
BRYCE G. MURRAY (#28968)
BIG EASY LAW GROUP, LLC
3939 Veterans Memorial Blvd., Suite 215
Metairie, Louisiana 70002
Telephone: (504) 484-9696
Facsimile: (866) 596-2555
Email: Bryce@brycemurray.com

## CERTIFICATE OF SERVICE

I hereby certify that on __7/2__, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: *counsels of record*

/s/ Bryce Murray
Bryce Murray

2