IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY DEBARBIERIS<br>*Individually and on behalf of all other*<br>*similarly situated current and former*<br>*employees,* | * * * * | CA. NO. 2018-07079 |
| PLAINTIFF | * * | SECTION: A |
| v. | * * | MAGISTRATE: 3 |
| THE DUNNING MANAGEMENT<br>GROUP – NOLA LLC, *and* ROBERT<br>DUNNING, YOSHIE DUNNING,<br>*Individually,*<br>DEFENDANT | * * * * * | |

## ORDER

Considering the Joint Motion to Dismiss;

IT IS ORDERED that this matter be and it is hereby dismissed with prejudice with Defendants, The Dunning Management Group – Nola, LLC, Robert Dunning, and Yoshie Dunning, and Plaintiff Joy DeBarbieris each to bear their own costs.

_____
United States District Judge

7/8/19